WHITTIER BUCHANAN
PLAINTIFF/PETITIONER/MOVANT'S NAME
K.02554
PRISON NUMBER
PLEASANT VALLEY STATE PRISON
(P.V.S.P.)
PLACE OF CONFINEMENT
P.O. Box 8501
Coalinga, CA. 93210
ADDRESS

**FILED**

JUL 17 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254    1983
FILING FEE PAID
Yes ____ No ✓
IFP MOTION FILED
Yes ____ No
COMMITTED TO
Court ✓    ProSe

## United States District Court
## Southern District Of California

WHITTIER BUCHANAN

,
Plaintiff/Petitioner/Movant

v.

E. GARZA; L. FUGA;
Et al.
,
Defendant/Respondent

Civil No. **'08 CV 1290 BTM BLM**
_____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒Yes ☐No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration PLEASANT VALLEY STATE PRISON
   Are you employed at the institution? ☐Yes ☒No
   Do you receive any payment from the institution? ☐Yes ☒No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☒ No

a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

*N/A*

*N/A*

*N/A*

b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

*IN 1995 I WAS ON UNEMPLOYMENT — DISAbILITY. I didn't WORK*

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance ☐ Yes ☒ No
   d. Disability or workers compensation ☐ Yes ☒ No
   e. Social Security, disability or other welfare ☐ Yes ☒ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Spousal or child support ☐ Yes ☒ No
   g. Any other sources ☒ Yes ☐ No

If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

*SomeTimes in a bLue-moon, Somebody might SeNd me a few dollars. I Expect Nothing. (And usually thats what I Receive)*

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): *N/A*
   b. Present balance in account(s): *N/A*

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): *N/A*
   b. Present balance in account(s): *N/A*

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make: *N/A*    Year: *N/A*    Model: *N/A*
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed? *N/A*

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____N/A_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   *Nobody dependent for my support*

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   *NONE*

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

   *NONE*

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

   *The wonderful Department of Corrections takes care of all my day-to-day expenses.*

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

DATE _July 14, 2008_

_Whittier Buchanan_
SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

### PRISON CERTIFICATE
### (Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Whittier Buchanan__,
(NAME OF INMATE)

__K02554__,
(INMATE'S CDC NUMBER)

has the sum of $ __0__ on account to his/her credit at _____

__Pleasant Valley State Prison__.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __0__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __29.26__,

and the *average monthly deposits* to the applicant's account was $ __38.83__

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

__7/3/08__
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__Tammy Neal__
OFFICER'S FULL NAME (PRINTED)

__Account Clerk II__
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)                    -4-                    ::ODMA\PCDOCS\WORDPERFECT\22835\1

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, <u>WHITTIER BUCHANAN / K.02554</u>, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DATE July 14, 2008

_____
SIGNATURE OF PRISONER

REPORT ID: TS3030 .701

```
                                  CALIFORNIA DEPARTMENT OF CORRECTIONS          REPORT DATE: 07/03/08
                                       PLEASANT VALLEY STATE PRISON                        PAGE NO:    1
                                       INMATE TRUST ACCOUNTING SYSTEM
                                       INMATE TRUST ACCOUNT STATEMENT

                                       FOR THE PERIOD: JAN. 03, 2008 THRU JUL. 03, 2008

ACCOUNT NUMBER : K02554                                    BED/CELL NUMBER: AFB2T1000000107L
ACCOUNT NAME   : BUCHANAN, WHITTIER                        ACCOUNT TYPE: I
PRIVILEGE GROUP: A
```

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|------|------|------|------|------|------|------|
| 01/03/2008 | | BEGINNING BALANCE | | | | | 0.00 |
| 01/11 | D300 | CASH DEPOSIT | 2894 MR | | 25.00 | | 25.00 |
| 01/25 | D300 | CASH DEPOSIT | 3042 MR | | 25.00 | | 50.00 |
| 02/13 | FC01 | DRAW-FAC 1 | 3381 FACA | | | 50.00 | 0.00 |
| 02/13 | D300 | CASH DEPOSIT | 3863 M/R | | 100.00 | | 100.00 |
| 02/09 | FC01 | DRAW-FAC 1 | 4316 FAC A | | | 100.00 | 0.00 |
| 05/02 | D300 | CASH DEPOSIT | 4648 MR | | 31.00 | | 31.00 |
| 05/05 | D300 | CASH DEPOSIT | 4697 M/R | | 26.00 | | 57.00 |
| 05/05 | FR01 | CANTEEN RETUR | 704700 | | | 5.15- | 62.15 |
| 05/08 | FC01 | DRAW-FAC 1 | 4807 FAC A | | | 62.15 | 0.00 |
| 06/27 | D300 | CASH DEPOSIT | 5112 MR | | 26.00 | | 26.00 |
| 06/11 | FC01 | DRAW-FAC 1 | 5364 FAC A | | | 26.00 | 0.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|------|------|------|------|------|------|
| 0.00 | 233.00 | 233.00 | 0.00 | 0.00 | 0.00 |

```
                                                          CURRENT
                                                         AVAILABLE
                                                          BALANCE
                                                         ---------
                                                           0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS

BY _____
      TRUST OFFICE

7/3/08