1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11 WHITTIER BUCHANAN,
   CDCR #K-02554,

12                                        Plaintiff,

13                    vs.

14

15 EDUARDO GARZA; LUI FUGA; ROY
   BAKER; RICARDO LIMON; ANGEL

16 SALCEDO; HODGE,

17                                        Defendants.

18

Civil Case No.  08cv1290 BTM (WVG)

**ORDER PROVIDING NOTICE TO PRO SE PRISONER OF REQUIREMENTS FOR OPPOSING SUMMARY JUDGMENT PURSUANT TO *KLINGELE* / *RAND* AND SETTING BRIEFING SCHEDULE**

19        **This notice is required to be given to Plaintiff pursuant to *Rand v. Rowland*, 154 F.3d**

20 **952 (9th Cir. 1998) (en banc) and *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988):**[1]

21        Plaintiff has filed a Motion for Summary Judgment pursuant to FED.R.CIV.P. 56.  In turn,

22 Defendants Baker, Fuga, Garza, Hodge, Limon and Salcedo have filed a partial Motion for

23 Summary Judgment pursuant to FED.R.CIV.P. 56, by which they seek to have a portion of your

24 case dismissed.  A Motion for Summary Judgment under Rule 56 of the Federal Rules of Civil

25 Procedure will, if granted, end your case.

26 / / /

27

28        [1] *Klingele* and *Rand* together require the district court "as a bare minimum," to ensure that a pro se prisoner has "fair notice of the requirements of the summary judgment rule."  *Klingele*, 849 F.2d at 411 (quotations omitted); *Rand*, 154 F.3d at 962.

1         Rule 56 tells you what you must do in order to oppose a Motion for Summary Judgment.

2   Generally, summary judgment must be granted when there is no genuine issue of material fact–

3   that is, if there is no real dispute about any fact that would affect the result of your case, and the

4   party who asked for summary judgment is entitled to judgment as a matter of law, which will

5   end your case.  When a party you are suing makes a motion for summary judgment that is

6   properly supported by declarations (or other sworn testimony), you cannot simply rely on what

7   your complaint says.  Instead, you must set out specific facts in declarations, depositions,

8   answers to interrogatories, or authenticated documents, as provided by Rule 56(e), that

9   contradict the facts shown in the defendants' declarations and documents and show that there

10  is a genuine issue of material fact for trial.  If you do not submit your own evidence in

11  opposition, summary judgment, if appropriate, may be entered against you.  If summary

12  judgment is granted, your case will be dismissed and there will be no trial.

13        **Conclusion and Order**

14        Accordingly, **IT IS ORDERED** that

15        Plaintiff's Motion for Summary Judgment and Defendants' Cross-Motion for Partial

16  Summary Judgment has been calendared for hearing on **Friday, December 9, 2011**, in

17  Courtroom 15.[2]  Plaintiff's Opposition (including any supporting documents) to Defendants'

18  Motion must be filed with the Court and served on all parties by **Friday, November 25, 2011.**

19  Defendants have already filed an Opposition to Plaintiff's Motion.  If you do not wish to oppose

20  Defendants' Motion, you should file and serve a "Notice of Non-Opposition" by that same date

21  to let both the Court and Defendants know that the Motion is unopposed.  All parties must file

22  their Reply to the respective Oppositions, if any, by **Friday, December 2, 2011.**

23        At the time appointed for hearing, the Court will, in its discretion, consider Defendants'

24  Motion for Summary Judgment pursuant to FED.R.CIV.P. 56 as submitted on the papers, and will

25  issue its written opinion soon thereafter.  *See* S.D.CAL.CIVLR 7.1(d)(1).  Thus, unless otherwise

26

27      [2]  While this matter was referred to Magistrate Judge William V. Gallo, for disposition pursuant

28  to 28 U.S.C. § 636(b)(1)(A) and S.D. CAL. CIVLR 72.3, the Court has determined that a Report and Recommendation regarding the pending dispositive motions is unnecessary.  *See* S.D. CAL. CIVLR 72.3(a).

1  ordered, no appearances are required and no oral argument will be heard.

2      **IT IS SO ORDERED.**

3  DATED:    October 6, 2011

HON. BARRY TED MOSKOWITZ
United States District Judge